UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>LOCAL 807 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, STABLEMEN & HELPERS OF AMERICA, *et al.*,<br>    Defendants. | 1:20-mc-00109<br><br>(Original Civil Action No. 4-423) |

**[PROPOSED] ORDER TERMINATING FINAL JUDGMENT**

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: 2/24/2020

*[signature: Valerie Caproni]*
United States District Court Judge
Southern District of New York

> I am as baffled as Judge Furman was in *U.S. v. Leibener*, 20-MC-65, why this effort -- to dismiss judgments that have been on the books for years and that are, so far as the Court can tell, neither helping nor harming competition -- is a good expenditure of DOJ Antitrust attorney time or of judicial time. Nevertheless, the Government's motion is granted.